NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHUGAI SEIYAKU KABUSHIKI KAISHA, GENENTECH, INC., HOFFMANN-LA ROCHE INC.,**
*Appellants*

**v.**

**CELLTRION, INC.,**
*Appellee*

---

2024-1111, 2024-1115

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00578 and IPR2022-00579.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' unopposed motion to dismiss these appeals pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeals are dismissed.

2          CHUGAI SEIYAKU KABUSHIKI KAISHA v. CELLTRION, INC.

(2)  Each side shall bear its own costs.

FOR THE COURT



March 6, 2024                     Jarrett B. Perlow
Date                              Clerk of Court

ISSUED AS A MANDATE:  March 6, 2024